UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-20338 |
| | ) | |
| CHARLENE JELOVECK | ) | CHAPTER 13 PROCEEDING |
| JOHN JELOVECK | ) | |
| | ) | JUDGE RANDOLPH BAXTER |
| Debtors | ) | |
| | ) | NOTICE OF HEARING OF MOTION |
| | ) | TO OPT OUT |

Charlene Jeloveck and John Jeloveck, Debtors herein, have filed a Motion to Opt Out in this Bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before January 21, 2010, you or your attorney must:

File with the Court a written response to the Motion explaining your position, at:

> Clerk of Courts
> U.S. Bankruptcy Court
> Howard M. Metzenbaum
> U.S. Courthouse
> 201 Superior Avenue
> Cleveland, OH 44114

If you mail your response to the Court for filing, your must mail it early enough so the Court will receive it before the above date.

You must also mail a copy to:

> Philip R. Fine
> Attorney at Law
> 3681 Green Road, Suite 410
> Beachwood, OH 44122

Attend the hearing scheduled to be held in Courtroom 2A, United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114 at 9:00 a.m., on the 28th day of January, 2010

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion, and may enter an Order granting the relief requested.

/s/ Philip R. Fine
Philip R. Fine (0017952)
Attorney for Debtors
3681 Green Road, Suite 410
Beachwood, OH 44122
216/591-1455
216/360-9712 – fax
fine333@aol.com

## CERTIFICATE OF SERVICE

I certify that on January 8, 2010, copies of this Notice of Motion were served electronically and by ordinary U.S. Mail, postage prepaid, to the persons listed below:

Craig Shopneck, Trustee
200 Public Square, Suite 3860
Cleveland, OH 44114

Third Federal Savings
5711 Grant Avenue
Cleveland, OH 44105

/s/ Philip R. Fine
Philip R. Fine (0017952)

Mot to Opt Out - Jeloveck